IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCELL WILLIAMS,
                    Appellant,
            vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND RENEE BAKER, WARDEN,
                    Respondents.

No. 72715

FILED

APR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion for summary judgment, denying defendants' cross-motion for summary judgment, denying a motion to file exhibits, granting a motion to strike, and denying leave to amend the complaint. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). The district court specifically held that appellant has established genuine issues of material fact that must be litigated, and an order denying summary judgment is not a final judgment. *D.R. Horton, Inc. v. Dist. Ct.*, 125 Nev. 449, 454, 215 P.3d 697,

17-12349

700 (2009) (*citing GES, Inc. v. Corbitt*, 117 Nev. 265, 268, 21 P.3d 11, 13 (2001)). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:   Hon. Gary Fairman, District Judge
      Marcell Williams
      Attorney General/Carson City
      White Pine County Clerk